**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:

SHARLEY MADLINE MARTINEZ
2118 Yale Ave
Wichita Falls, TX  76301

CASE NO:  17-70295
HEARING DATE: 9/19/2018
HEARING TIME:  10:00 AM

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND OBJECTION TO CLAIMS

NOW COMES Robert B. Wilson, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Objection to Claims in accordance with Bankruptcy Rule 3007 and General Order 2017-01 and would respectively show unto the Court as follows:

**I.**
**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor.  No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| TT Clm# | Creditor Name | Scheduled Amount | TT Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 4 | Chase Card | $3,738.00 | 5 | Citicards Cbna | $4,228.00 |
| 15 | Synchrony Bank/Sams Club | $4,912.00 | 21 | Nelnet | $1,587.00 |
| 22 | Nelnet | $833.00 | 23 | Nelnet | $419.00 |

**II.**
**SPECIFIC OBJECTIONS**

None

**III.**
**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| TT Claim# | Creditor | Collateral / Description | Claimed Amt | Value | Mo Pmt | % |
|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | |
| 11 | POSTEL FAMILY CREDIT UNION | 2013 HYUNDAI VELOSTER | $10,011.54 | $10,727.00 | $205.66 | 5.25% |

| TT Claim# | Creditor | Collateral / Description | Claimed Amt | |
|---|---|---|---|---|
| **UNSECURED CREDITORS** | | | | |
| 2 | Quantum3 Group LLC as agent for | MEDICAL DEBT - FOR CAPIO PARTNERS LLC | $1,599.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES LLC | PURCHASES - FOR CAPITAL ONE BANK (USA), N.A. | $3,939.31 | $0.00 |
| 6 | LVNV FUNDING | PURCHASES/CREDIT ONE BANK | $2,503.32 | $0.00 |
| 8 | CAPITAL ONE NA | PURCHASES/KOHLS | $1,292.59 | $0.00 |
| 10 | TEXAS GUARANTEED STUDENT LOAN CORP | STUDENT LOAN | $4,526.75 | $0.00 |
| 12 | LVNV FUNDING LLC | LOAN | $7,135.38 | $0.00 |
| 13 | SUN LOAN COMPANY | LOAN | $1,578.00 | $0.00 |
| 14 | QUANTUM3 GROUP LLC | FOR SYNCHRONY BANK/SAM'S | $5,037.46 | $0.00 |

| In Re: | SHARLEY MADLINE MARTINEZ | | | Page 2 of 3 |
|---|---|---|---|---|
| Case Number: | 17-70295 | | | Date: 07/12/2018 |

| TT Claim# | Creditor | Collateral / Description | Claimed Amt | |
|---|---|---|---|---|
| **UNSECURED CREDITORS** | | | | |
| 17 | WELLS FARGO BANK NA | PURCHASES | $6,103.71 | $0.00 |
| 19 | Quantum3 Group LLC as agent for | MEDICAL DEBT - FOR CAPIO PARTNERS LLC | $335.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES LLC | PURCHASES - FOR CAPITAL ONE BANK (USA), N.A. | $794.90 | $0.00 |
| 33 | ASHLEY FUNDING SERVICES LLC | MEDICAL/LABORATORY CORP OF AMERICA HOLDINGS | $36.43 | $0.00 |
| 34 | Quantum3 Group LLC as agent for | MEDICAL DEBT - FOR CAPIO PARTNERS LLC | $1,292.00 | $0.00 |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a Creditor's Proof of Claim, the recommendation is deemed an objection to such claim.  Unless a timely response or objection is filed contesting the Trustee's recommendcation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected Creditor in the absence of a Letter Agreement between the Debtor and the affected Creditor.

## IV.
## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2017-01 Section 8, the Trustee requests the following Modification of Debtor's Confirmed Plan, subject to feasiblity herein:

> Pursuant to General Order 2017-01(15)(c)(1), the plan payment and the plan base may be subsequently adjusted due to changes in the conduit mortgage payments as applicable.

### NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 9/19/2018 AT 10:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND OBJECTION TO CLAIMS AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 208, 10TH AND LAMAR STREETS, WICHITA FALLS, TX 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT US COURTHOUSE ROOM 208, 10TH AND LAMAR STREETS, WICHITA FALLS, TX 76301 ON  9/19/2018 at 8:30 AM.

ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PREHEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL AFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY  (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2017-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILLB E ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

| | |
|---|---|
| In Re:   **SHARLEY MADLINE MARTINEZ** | Page 3 of 3 |
| Case Number:   17-70295 | Date: 07/12/2018 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND OBJECTION TO CLAIMS was served on the following parties electronically or at the addresses listed below by U.S. First Class mail.

ASHLEY FUNDING SERVICES LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603-0587
CAPITAL ONE NA, BECKET AND LEE, LLP, PO BOX 3001, MALVERN, PA  19355-0701
Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE  19850
Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO  63179
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA  19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA  19101-7346
LVNV FUNDING LLC, % RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603-0587
LVNV FUNDING, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603-0587
MONTE J WHITE, ATTORNEY AT LAW, 1106 BROOK AVE HAMILTON PLACE, WICHITA FALLS, TX  76301
Nelnet, Nelnet Claims/Bankruptcy, PO Box 82505, Lincoln, NE  68501
PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 12914, NORFOLK, VA  23541
PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA  23541
POSTEL FAMILY CREDIT UNION, 1300 BROAD ST, WICHITA FALLS, TX  76301
PROSPER, % WEINSTEIN & RILEY PS, 2001 WESTERN AVENUE, SUITE 400, SEATTLE, WA  98121
Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA  98083-0788
QUANTUM3 GROUP LLC, MOMA FUNDING LLC, PO BOX 788, KIRKLAND, WA  98083-0788
SHARLEY MADLINE MARTINEZ, 2118 Yale Ave, Wichita Falls, TX  76301
SUN LOAN COMPANY, 2913 BOB AVE, WICHITA FALLS, TX  76308-1028
SYNCHRONY BANK, C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41021, NORFOLK, VA  23541
Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 956060, Orlando, FL  32896
TEXAS GUARANTEED STUDENT LOAN CORP, PO BOX 659602, SAN ANTONIO, TX  78265
TEXAS GUARANTEED STUDENT LOAN CORP, PO BOX 83100, ROUND ROCK, TX  78683-3100
UNITED STATES ATTORNEY, 801 CHERRY STREET UNIT 4, FT WORTH, TX  76102-6882
US ATTORNEY GENERAL, MAIN JUSTICE BLDG, ROOM 5111, 10TH ST & CONSTITUTION AVE, WASHINGTON, DC  20530
WELLS FARGO BANK NA, WELLS FARGO CARD SERVICES, PO BOX 10438 MAC F8235-02F, DES MOINES, IA  50306-0438
WELLS FARGO BANK NA, WELLS FARGO CARD SERVICES, PO BOX 9210, DES MOINES, IA  50306
WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX  75242

Date: 07/12/2018                                           /s/ Robert B. Wilson
                                                           Robert B. Wilson, Chapter 13 Trustee