

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 17, 2018**

_____
United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § § | **CASE NO: 17-70295** |
| **SHARLEY MADLINE MARTINEZ** | § § | **CHAPTER 13** |
| | § § | **HEARING DATE: 9/19/2018** |
| **DEBTOR(S),** | § | **HEARING TIME: 10:00 AM** |

### ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND OBJECTION TO CLAIMS

On this day came to be heard the Trustee's Recommendation Concerning Claims and Objection to Claims (TRCC). It appears to the Court that due notice has been given to all creditors, Debtor and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2017-01, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2017-01 Section 16, the Trustee's Modification of Debtor's Confirmed Plan, shall be approved as follows:

No Modification Needed.

# # # End of Order # # #

/s/ Robert B. Wilson
Robert B. Wilson
Chapter 13 Trustee